UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GRADY TERRY, III,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:16-mj-00239

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. The Court, following a preliminary hearing, found probable cause that defendant has committed an offense for which the maximum term of imprisonment is ten years or more under the Controlled Substances Act, 21 U.S.C. §§ 846(a) and 841(a) and 841(b)(1)(B). Accordingly, there is a statutory rebuttable presumption in favor of detention. The court conducted a hearing today at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has not rebutted the presumption that no condition or combination of conditions of release will ensure defendant's appearance and the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 19th day of September, 2016.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge